UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
EAGLE EQUITY FUNDS, LLC, et al.,     :
     :
                              Plaintiffs,     :     19-CV-9344 (JMF)
     :
                   -v-     :     ORDER
     :
CENTRAIS ELETRICAS BRASILEIRAS S/A –     :
ELETROBRAS, et al.,     :
     :
                             Defendants.     :
     :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 36, Defendants' earlier motion to dismiss filed at ECF No. 28 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **April 24, 2020**. Defendants' reply, if any, is due by **May 15, 2020**.

       The Clerk of Court is directed to terminate ECF No. 28.

       SO ORDERED.

Dated: April 6, 2020
       New York, New York
                                                       JESSE M. FURMAN
                                                  United States District Judge